1  Scott E. Davis, Esq.
   State Bar No. 016160
2  SCOTT E. DAVIS, P.C.
   20827 North Cave Creek Road, Suite 101
3  Phoenix, AZ  85024

4  Telephone:  (602) 482-4300
   Facsimile:    (602) 569-9720
5  email: davis@scottdavispc.com

6  *Attorney for Plaintiff Cynthia Harden*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cynthia Harden,<br><br>            Plaintiff,<br><br>      v.<br><br>Cigna Life Insurance Company of New York, Pfizer Inc. Ltd. Health & Welfare Administration, Pfizer Inc. Ltd. Health & Welfare Administration Employee Disability Plan,<br><br>            Defendants. | Case No.  2:11-CV-00615-NVW<br><br>**NOTICE RE: PLAINTIFF'S INITIAL DISCLOSURE STATEMENT SERVED** |

   TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   Notice is hereby given that Plaintiff's Initial Disclosures mandated by Rule 26 (a)(1) of the Federal Rules of Civil Procedure, were served on Defendant's counsel by mail on September 28, 2011.

            RESPECTFULLY SUBMITTED this 28th day of September 2011.

                                                By:  */s/ Scott E. Davis*
                                                      Scott E. Davis
                                                      Attorney for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2011 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William M. Demlong, Esq.
Aeryn A. Heidemann, Esq.
Kunz Plitt
Hyland & Demlong
3838 N. Central Avenue
Suite 1500
Phoenix, Arizona 85012-1902

By:  *Lisa L. Martinez*
An employee of Scott E. Davis, P.C.