Scott E. Davis, Esq.
State Bar No. 016160
SCOTT E. DAVIS, P.C.
20827 North Cave Creek Road, Suite 101
Phoenix, AZ  85024

Telephone:  (602) 482-4300
Facsimile:    (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Cynthia Harden*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cynthia Harden,<br><br>             Plaintiff,<br><br>       v.<br><br>Cigna Life Insurance Company of New York, Pfizer Inc. Ltd. Health & Welfare Administration, Pfizer Inc. Ltd. Health & Welfare Administration Employee Disability Plan,<br><br>             Defendants. | Case No.  2:11-CV-00615-NVW<br><br>**NOTICE OF SETTLEMENT** |

   Plaintiff hereby gives notice that this case has settled.  The parties are working on finalizing the settlement documentation at this time.  The parties will, as soon as possible, file with the Court a Stipulation and Order to dismiss this case with prejudice.

             RESPECTFULLY SUBMITTED this 18th day of October, 2011.

                                        SCOTT E. DAVIS, P.C.

                                        */s/ Scott E. Davis, Esq.*
                                        Scott E. Davis, Esq.
                                        Attorney for Plaintiff

1 **CERTIFICATE OF SERVICE**

2  I hereby certify that on October 18, 2011 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of
3  Electronic Filing to the following CM/ECF registrants:

4  William M. Demlong, Esq.
   Aeryn A. Heidemann, Esq.
5  Kunz Plitt
   Hyland & Demlong
6  3838 N. Central Avenue
   Suite 1500
7  Phoenix, Arizona 85012-1902

8  By:   *Lisa L. Martinez*
   An employee of Scott E. Davis, P.C.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26