IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia Harden,<br><br>        Plaintiff,<br><br>vs.<br><br>Life Insurance Company of New York, et al.,<br><br>        Defendants. | No. CV-11-00615-PHX-NVW<br><br>**ORDER** |

The Court having been notified that this matter has settled (Doc. 23);

**IT IS ORDERED** that this action will be dismissed by the Clerk's Office without further notice on **November 18, 2011** unless prior thereto a judgment or order of dismissal is entered.

DATED this 18th day of October, 2011.

_____
Neil V. Wake
United States District Judge